AO 238
(REV 8/93)

# United States District Court

MAY 28 2004

FOR THE

1      04 MARYLAND      07-087-M-01
04-1988 VAV

UNITED STATES OF AMERICA

VS.

CRUTCHFIELD, TYRONE

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| J302089   MD78 | 04/09/04 |

**FILED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5/26/04

FTA

*Defendant.*

OFFENSE: VISUAL SURVEILLANCE W/INTENT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral In the Amount of $ _No ILC_ may be Forfeited in Lieu of Appearance.

Date _5-26-04_

_____
United States Magistrate Judge

---

**RETURN**

| RECEIVED | Date 12-12-06 | Location |
|---|---|---|

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| | Date 3-12-07 | Location |
|---|---|---|

Name _DAVID BALDWIN_ Title _SDUSM_ District _WDC_

Date _03-12-07_ Signature _David Baldwin_

# 07-087-M-01

## United States District Court
### Violation Notice

**Violation No:** NIH-J-302089

**Pay Code:** MD-78

**Print Officer Name:** Jose BURGOS
**Officer No:** 1449

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** APR 09 2004 - 1405hrs
**Offense Charged:** AR 27 Sec 3-902

**Place of Offense:** Visual Surveillance with prurient intent

**Defendant Last Name:** Crutchfield
**First Name:** Tyrone
**M.I.:** 

**City:** Washington  **State:** DC  **Zip Code:** 20032

### VEHICLE DESCRIPTION

**Vehicle Tag No / Year / Vehicle Reg Name / Vehicle Make / Vehicle Color / Date of Birth:**

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS

☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

**Collateral Amount:** N/A
**Court Address:**

### YOUR COURT DATE
**Date:** N/A  **Time:**

For payment by credit card, SEE INSTRUCTIONS

Original - CVB Copy

---

NIH-J- 302089

**FILED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on ____ , 20 ___, while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____

The foregoing statement is based upon
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____   _____
                Date        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____   _____
                Date        U.S. Magistrate Judge

CVB Scan 4/21/2004 11:23:06