**United States District Court  
For the District of Columbia  
333 Constitution Avenue, NW  
Washington, D.C. 20001**  
Date: 3/26/07

FILED _____ ENTERED _____  
LODGED _____ RECEIVED _____

MAR 27 2007

U.S. DISTRICT COURT  
DISTRICT OF MARYLAND  
_____ DEPUTY

**Nancy Mayer-Whittington  
Clerk of the Court**

Address of Other Court: United States District Court  
6500 Cherrywood Lane Ste 200  
Greenbelt, Md. 20770

RE: 07-87M Tyrone Crutchfield

**FILED**

APR 0 2 2007

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Violation Notice | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 3/23/07, 3/19/07 and 3/12/07. | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,  
Clerk of the Court

By: _____  
Deputy Clerk